*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

Southern _____ DIVISION

USA _____

vs.

Joseph Finch _____

)
)
)
)
)
)
)
)

Action Number

06-3103-01-CR-S-MDH

## EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 5/3/17 | 9:52 am | Certified Prior for case number 31300 CF2313 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____
Signature

_____ Name

exhibin.int